UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

          Plaintiff,

    -against-

GINGER & LEMONGRASS II LLC, a New
York limited liability company, d/b/a GINGER &
LEMONGRASS-MANHATTAN, and 153
RIVINGTON LLC, a New York limited liability
company,

          Defendants.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  2/2/2026

25 Civ. 9841 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 29, 2026, the parties submitted a joint letter and proposed case management plan. *See* ECF No. 16; *see also* Scheduling Order, ECF No. 8. However, the letter is addressed to the Honorable Katherine Polk Failla and addresses different questions than those required by the Scheduling Order. *See* Scheduling Order ¶ 4. Likewise, the proposed case management plan appears to use Judge Failla's, not the undersigned's, template. *See* ECF No. 16-1. Accordingly, by **February 6, 2026**, the parties shall file a revised joint letter and proposed case management plan in accordance with the Scheduling Order and the undersigned's Individual Practices in Civil Cases. *See* Scheduling Order ¶¶ 4–5.

    SO ORDERED.

Dated: February 2, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge