UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RICARDO VELASQUEZ,

                            Plaintiff,

        -against-

GINGER & LEMONGRASS II LLC, a New York
limited liability company, d/b/a GINGER &
LEMONGRASS-MANHATTAN, and 153 RIVINGTON
LLC, a New York limited liability company,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/20/2026_

25 Civ. 9841 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

        The Court has been advised that all claims asserted herein have been settled in principle.
ECF No. 24.  Accordingly, the above-entitled action is hereby dismissed and discontinued
without costs, and without prejudice to the right to reopen the action within thirty days of the
date of this Order if the settlement is not consummated.

        Any application to reopen must be filed within thirty days of this Order; any application
to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the
Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must
submit the settlement agreement to the Court within the same thirty-day period to be so-ordered
by the Court.  Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will
not retain jurisdiction to enforce a settlement agreement unless it is made part of the public
record.

        Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is
respectfully directed to close the case.

        SO ORDERED.

Dated:  May 20, 2026
        New York, New York

_____
        ANALISA TORRES
United States District Judge